UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AYANNA ROBERTS, an individual, | ) |
|                Plaintiff, | ) 3:13-CV-00486-LRH-WGC |
| vs. | ) MINUTE ORDER |
| EXPRESS SERVICES, INC., a foreign corporation, d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, | ) October 29, 2014 |
|                Defendant. | ) |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

      Before the court is defendant Express Services Inc. d/b/a Express Employment Processionals' Status Report and Request for Dismissal with Prejudice (#13[1]); good cause appearing.

      IT IS HEREBY ORDERED that this action is dismissed with prejudice.

      IT IS SO ORDERED.

                                        LANCE S. WILSON, CLERK

                                        By:        /s/
                                                Deputy Clerk

---

[1] Refers to the court's docket entry number.